United States District Court
Southern District of Texas
**ENTERED**
December 20, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE CONCEPCION GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-321 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM AND RECOMMENDATION TO DISMISS
## CASE FOR FAILURE TO PROSECUTE

Petitioner filed this prisoner habeas corpus petition pursuant to 28 U.S.C. § 2254 on October 1, 2018.  The U.S. District Clerk notified Petitioner his pleading was deficient for failure to pay the filing fee or, alternatively, for failing to file an application to proceed *in forma pauperis* ("IFP).  (D.E. 5).  Petitioner was directed to either pay the filing fee or to file a certified copy of his inmate trust fund account statement along with an IFP application.  Petitioner was directed to comply by October 31, 2018, and notified that failure to comply may result in his case being dismissed for want of prosecution. Fed. R. Civ. P. 41(b).  Petitioner complied with this Order and filed the appropriate documents on October 22, 2018.  (D.E. 7 and D.E. 8).  Petitioner account balance indicated Petitioner had $3,035.97 in his account, deposits of $300.00 over the past six months and no holds on his account.  (D.E. 8).

Therefore, on October 24, 2018, Petitioner was ordered to either pay the $5.00 filing fee or show cause why he is unable to do so no later than November 23, 2018.

(D.E. 10).  Petitioner was further ordered to complete the standard 2254 form in its entirety and return the form to the Court within 30 days.  Petitioner was also notified that failure to comply with the show cause order or to pay the filing fee could result in the dismissal of his case.  (D.E. 10); Fed. R. Civ. P. 41.  Petitioner failed to comply.

Therefore, on November 28, 2018, Petitioner was again ordered to either pay the $5.00 filing fee or show cause why he is unable to do so no later than December 14, 2018. (D.E. 11).  Petitioner was again ordered to complete the standard 2254 form in its entirety.  Petitioner was also notified that failure to comply with the show cause order or to pay the filing fee could result in the dismissal of his case.  (D.E. 11); Fed. R. Civ. P. 41.  Petitioner has failed to comply.

Therefore, it is respectfully recommended that Petitioner's case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b); *Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

ORDERED this 20th day of December, 2018.

Jason B. Libby
United States Magistrate Judge

<u>NOTICE TO PARTIES</u>

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.  *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).