IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSE CONCEPCION GARCIA, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:18-CV-321 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

# ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R") to dismiss case for failure to prosecute, Dkt. No. 13.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 13. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** the above-captioned case. FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) ("A district court may dismiss an action for failure of a plaintiff to prosecute or to comply with any order of court.").

The Court **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 7th day of March, 2019.

_____
Hilda Tagle
Senior United States District Judge